# Exhibit 2

U.S. Patent No. 9,679,286
Infringement of Claim 1

| Claim 1 | Evidence: AnywhereCommerce's Chip & Sign Walker C2X and App (the "Accused Product") |
|---|---|
| (1.0) An apparatus comprising: | See below. |
| (1.1) a card reader having an input interface configured to accept transaction data from an output interface of a transaction card, and an output pin, as a part of the card reader, configured to directly connect the card reader to a microphone port of a smart telephone, the card reader providing the transaction data accepted from the output interface of the transaction card to the output pin, and hence to the microphone port, as an analog variable voltage audio signal; and | The Accused Product satisfies Element 1.1: "a card reader having an input interface configured to accept transaction data from an output interface of a transaction card, and an output pin, as a part of the card reader, configured to directly connect the card reader to a microphone port of a smart telephone, the card reader providing the transaction data accepted from the output interface of the transaction card to the output pin, and hence to the microphone port, as an analog variable voltage audio signal." |

U.S. Patent No. 9,679,286
Infringement of Claim 1



Output pin to connect with a microphone port

Input interface configure to accept transaction data from an output interface of a transaction card

**Figure 1**

Source: https://www.anywherecommerce.com/card-reader-chip-sign-walker-c2x/

3

U.S. Patent No. 9,679,286
Infringement of Claim 1

| | |
|---|---|
| (1.2) coded instructions stored in a non-transitory medium of a first Internet-connected server, and accessible by a user of the card reader; | The Accused Product satisfies Element 1.2: "coded instructions stored in a non-transitory medium of a first Internet-connected server, and accessible by a user of the card reader."<br><br>Anywhere Commerce MobiPay lets you take card payments with you!<br><br>MobiPay along with Anywhere Commerce payment devices (Rambler, Walker and Nomad) allow merchants to take card payments, via magnetic stripe, chip or keyed, anywhere there's an internet connection.<br><br>**Figure 2**<br><br>Source: https://play.google.com/store/apps/details?id=com.anywherecommerce.mobile<br><br>*See also* Figure 1. |
| (1.3) wherein the coded instructions, when executed on a processor in the smart telephone, convert the analog variable voltage audio signal received at the microphone port to the transaction data as digital data, establish direct data exchange between the smart | The Accused Product satisfies Element 1.3: "wherein the coded instructions, when executed on a processor in the smart telephone, convert the analog variable voltage audio signal received at the microphone port to the transaction data as digital data, establish direct data exchange between the smart telephone and a second Internet-connected server and facilitate transactions by a financial institution, or purchases from an online-merchant, using the transaction data."<br><br>*See, e.g.,* Figures 1 and 2. |

U.S. Patent No. 9,679,286
Infringement of Claim 1

| | |
|---|---|
| telephone and a second Internet-connected server and facilitate transactions by a financial institution, or purchases from an online-merchant, using the transaction data. | |