IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OHVA, Inc.<br><br>       Plaintiff,<br><br>v.<br><br>AnywhereCommerce Services, LLC,<br><br>       Defendant. | Civil Action No. 1:20-cv-00214 |

## **STIPULATION TO EXTEND TIME**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto and subject to the approval of the Court, that the time within which AnywhereCommerce Services, LLC must move, answer or otherwise respond to the Complaint (D.I. 1) is extended through and including April 3, 2020.

Dated: March 4, 2020

                                                           */s/Jimmy Chong*
                                                           Jimmy Chong (No. 4839)
                                                           2961 Centerville Road,
                                                           Suite 350
                                                           Wilmington, DE 19806
                                                           (302) 999-9480
                                                           chong@chonglawfirm.com

                                                           Isaac Rabicoff (*Pro Hac Vice Admission Pending*)
                                                           RABICOFF LAW LLC
                                                           73 W Monroe St.
                                                           Chicago, IL 60603
                                                           (773) 669-4590
                                                           isaac@rabilaw.com

                                                           *Attorneys for Plaintiff OHVA, Inc.*

SO ORDERED this \_\_\_\_ day of _____, 2020.

_____
UNITED STATES DISTRICT COURT JUDGE