# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **OHVA, Inc.,** | Civil Action No. 1:20-cv-00214-MN |
| Plaintiff, | |
| v. | |
| **AnywhereCommerce Services LLC** | **TRIAL BY JURY DEMAND** |
| Defendant. | |

## DEFENDANT ANYWHERECOMMERCE SERVICES LLC
## CORPORATE DISCLOSURE STATEMENT PURSUANT TO
## <u>FEDERAL RULE OF CIVIL PROCEDURE 7.1</u>

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Defendant AnywhereCommerce Services LLC ("AnywhereCommerce Services") discloses as follows:

AnywhereCommerce Services is a Delaware limited liability company that is a wholly owned subsidiary of AnywhereCommerce, Inc.  No publicly held corporation owns 10% or more of AnywhereCommerce Services's stock.

Respectfully submitted,

CONNOLLY GALLAGHER LLP

/s/ Stephanie R. Riley
Arthur G. Connolly, III (#2667)
Stephanie R. Riley (#5803)
1201 North Market Street, 20th Floor
Wilmington, DE 19801
302-757-7300
aconnolly@connollygallagher.com
sriley@connollygallagher.com

*Attorneys for Defendant AnywhereCommerce Services LLC*

OF COUNSEL:

Melissa A. Bozeman
Oliver D. Griffin
KUTAK ROCK LLP
1760 Market Street, Suite 1100
Philadelphia, Pennsylvania  19103-4104
(215) 299-4384
melissa.bozeman@kutakrock.com
oliver.griffin@kutakrock.com

Dated:  May 4, 2020